**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| MICHAEL E. KENNEDY | : |
| | : |
| v. | : Civil No. CCB-10-1900 |
| | : |
| ACE CASH EXPRESS, et al. | : |

## **ORDER**

For the reasons stated in the accompanying Memorandum, it is hereby Ordered that:

1. the plaintiff's motion for default judgment (ECF Nos. 10 & 11) is **DENIED;**

2. the defendants' motions to dismiss (ECF Nos. 16 & 22) are **GRANTED**;

3. the plaintiff's motion for clarification of order of default judgment (ECF No. 15) is **DENIED** as moot;

4. the Clerk shall **SEND** copies of this Order and the accompanying Memorandum to Michael Kennedy and counsel of record; and

5. the Clerk **SHALL CLOSE** this case.

<u>May 5, 2011</u>                         <u>         /s/                         </u>
Date                                          Catherine C. Blake
                                              United States District Judge